# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0093

VERSUS

DAVID J. MARTIN, III

**APRIL 20, 2026**

---

In Re:    David J. Martin, III, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 834514, 834515, 835176.

---

**BEFORE:    LANIER, WOLFE, AND HESTER, JJ.**

**WRIT DENIED.** The record shows that the charges in docket number 834514 were dismissed. Thus, relator's allegations regarding this case are moot.

**WIL**
**EW**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT